# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-30695

United States Court of Appeals
Fifth Circuit

**FILED**

December 28, 2018

Lyle W. Cayce
Clerk

FREDDY C. FREITEZ,

      Plaintiff - Appellee

v.

VANDWELL K. ROBINSON; BEVERLY INDUSTRIES, L.L.C.; GRAY INSURANCE COMPANY,

      Defendants - Appellants

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-CV-15404

Before JOLLY, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM:*

      AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.